# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 469 - 7 | **DATE** | 2/8/2002 |
| **CASE TITLE** | U.S.A. vs. Andrew Cubria, etal | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Defendant withdraws plea of not guilty. Defendant informed of his rights. Defendant enters plea of guilty to Count Fifty-seven of the indictment. Court enters judgment of guilty. Order cause referred to the Probation Department for a presentence investigation report. Government's version to be submitted to Probation Office by February 28, 2002. Motions for departure and objections to presentence investigation to be filed by April 18, 2002. Motions for departure may be filed under seal pursuant to Local Rule 10, if necessary. Sentencing set on April 25, 2002 at 1:00 P.M. Government's motion for entry of preliminary order of forfeiture is granted. ENTER ORDER. Government's oral motion to detain defendant is denied.

(11) ■ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | FEB 13 2002 | |
| | Notified counsel by telephone. | U.S. DISTRICT COURT CLERK | date docketed | |
| | Docketing to mail notices. | | | 118 |
| | Mail AO 450 form. | 02 FEB 12 PM 6:28 | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 2/8/2002 | |
| SRB | courtroom deputy's initials | FILED-ED 10 Date/time received in central Clerk's Office | date mailed notice SB mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 01 CR 469-7 |
| | ) | Hon. Suzanne B. Conlon |
| DR. ANDREW CUBRIA | ) | |

PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States of America for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 1963(a)(1) and (a)(3), and the Court being fully informed hereby finds as follows:

(a) On October 4, 2001, a superseding indictment was returned charging defendant Dr. Andrew Cubria and others with a violation of the Racketeer Influenced Corrupt Organizations Act pursuant to the provisions of Title 18, United States Code, Section 1962(c), among other violations.

(b) The superseding indictment sought forfeiture to the United States of specific property pursuant to the provisions of Title 18, United States Code, Section 1963(a)(1) and (a)(3).

(c) On February 8, 2002, defendant Dr. Andrew Cubria entered a voluntary plea of guilty to Count Fifty-Seven of the superseding indictment, thereby making the property named in the superseding indictment subject to forfeiture pursuant to Title 18, United States Code, Section 1963(a)(1) and (a)(3).

(d) Pursuant to the terms of the plea agreement, as a result

of his violation of Title 18, United States Code, Section 1962(c), defendant Dr. Andrew Cubria agreed to the entry of a forfeiture judgment in the amount of $2,000,000 because the funds represent interests acquired and maintained in violation of Title 18, United States Code, Section 1962, or are property constituting, or derived from, any proceeds obtained, directly or indirectly from racketeering activities, and are therefore forfeitable to the United States pursuant to the provisions of Title 18, United States Code, Section 1963(a)(1)and (a)(3).

(e) Defendant Dr. Andrew Cubria further agreed to the entry of a preliminary order of forfeiture, before or at the time of sentencing, relinquishing any right, title, and interest he has in the funds in the amount of $2,000,000, and allowing the funds to be seized and disposed of according to law.

(f) Pursuant to the provisions of Title 18, United States Code, Section 1963(a)(1) and (a)(3), and to the terms of defendant Dr. Andrew Cubria's plea agreement, the United States seeks forfeiture of all right, title and interest that defendant Dr. Andrew Cubria may have in the funds in the amount of $2,000,000, so that the property may be disposed of according to law.

(g) If any of the funds in the amount of the $2,000,000 money judgment entered against defendant Dr. Andrew Cubria as a result of any act or omission on the part of the defendant:

   1. cannot be located upon the exercise of due diligence;

2

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty;

the Court shall order pursuant to Title 18, United States Code, Section 1963(m) and Fed. R. Crim. P. 32.2, the forfeiture of any other property belonging to defendant Dr. Andrew Cubria up to the value of $2,000,000 to satisfy the money judgment entered by the Court.

(h) The United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant Dr. Andrew Cubria and included in any judgment and commitment order entered in this case against him.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That pursuant to the provisions of Title 18, United States Code, Section 1963(a)(1) and (a)(3), all right, title, and interest defendant Dr. Andrew Cubria has in the funds in the amount of $2,000,000 is hereby forfeited to the United States for disposition according to law.

2. That if by an act or omission on the part of the defendant Dr. Andrew Cubria funds in the amount of $2,000,000 cannot be located to satisfy the forfeiture judgment; pursuant to

3

the provisions of Title 18, United States Code, Section 1963(m) and Fed R. Crim. P. 32.2, the United States has the authority to forfeit substitute assets in the amount of $2,000,000 to satisfy the money judgment entered by this Court.

3. That should assets become available to satisfy the forfeiture judgment in the future, the United States shall at that time file a motion for substitution of assets before this Court requesting permission to seize such assets and publish notice of the United States' intent to forfeit the property in satisfaction of the forfeiture money judgment according to law.

4. The terms and conditions of this preliminary order of forfeiture are part of the sentence imposed against defendant Dr. Andrew Cubria and shall be made part of any judgment and commitment order entered in this case against him.

5. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

SUZANNE B. CONLON
United States District Judge

DATED: 2/8/02

4