UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                              )    No. 01 CR 469
    v.                   )    Judge Suzanne B. Conlon
                              )
ANDREW CUBRIA               )

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
REQUESTING RELIEF FROM HIS RESTITUTION OBLIGATION**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, Eastern Division, hereby respectfully requests that this Court deny the defendant's motion for an order directing that restitution be made in quarterly payments of $25.

Defendant Andrew Cubria is incarcerated at the Federal Correctional Institution at Elkton, Ohio. On June 28, 2002, he was sentenced to a term of 151 months imprisonment. The defendant was ordered to pay restitution in the amount of $14,362,499. This restitution was ordered to be paid immediately.

The petitioner is requesting an order setting a new payment schedule for his restitution obligation. The petitioner erroneously bases his request on Rule 36 of the Federal Rules of Criminal Procedure. Rule 36 allows courts to correct clerical errors. This issue does not involve a clerical error. It is the government's view, however, that the court does have jurisdiction, pursuant to 18 U.S.C. § 3664(k), to adjust the restitution payment schedule as the interests of justice require.

1

The government respectfully requests that the Court deny the defendant's motion, and, in the interests of justice, enter an order consistent with the payment schedule suggested by the Bureau of Prisons, namely, payment of 50% of the monies earned by the defendant while in prison, to be paid on a monthly basis.

The defendant seeks to lower his payments so that he can help pay for his step-daughter's college tuition. See Def. Motion at 2. Although that is certainly a legitimate goal, the need to make payments towards the restitution obligation should come first.

## CONCLUSION

WHEREFORE, the government respectfully requests that this Court deny the defendant's motion, and enter an order directing the defendant to pay 50% of the monies earned while in prison, to be paid on a monthly basis.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney


                     BY:  s/Jacqueline Stern
                           JACQUELINE STERN
                           Assistant United States Attorney
                           219 South Dearborn, Suite 5000
                           Chicago, Illinois  60604
                           312/353-5329

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUESTING RELIEF FROM HIS RESTITUTION OBLIGATION**

was served pursuant to the district court's ECF system as to ECF filers and was served on August 17, 2007 by first-class mail to the following non-ECF filer:

    Andrew Cubria
    Number 13901-424
    F.C.I. Elkton
    P.O. Box 10
    Lisbon, Ohio

BY: s/Jacqueline Stern
    JACQUELINE STERN
    Assistant United States Attorney
    219 S. Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5329